# TRIAL *DE NOVO* REQUEST FORM

## SUPERIOR COURT OF NEW JERSEY
## LAW DIVISION, CIVIL PART

ATLANTIC ☑ COUNTY

KENNETH N BENNETT

32 N FLORIDA AVENUE, APT 6

ATLANTIC CITY , NJ 08401

*RECEIVED / FILED*
*SUPERIOR COURT OF NJ*
*2026 MAY 11   A 8 49*

## NOTICE OF DEMAND FOR TRIAL *DE NOVO*

If trial *de novo* is sought this form must be filed with the Arbitration Administrator within 30 days of the filing of the arbitration award and served on all parties within that time.

KENNETH N BENNETT

Plaintiff

VS.

LUIS IRIZARRY

Defendant

Docket No. ATL-L-302-25

Arbitration Date: 05/07/2026

The arbitration hearing in the above-captioned matter was held on 5/7/2026 .

Payment in the amount of $265.00 being tendered herewith, and this notice having been served on all parties, trial de novo is hereby requested in the above captioned matter, pursuant to *RULES* 4:21A-6(b)(1) and 4:21A-6(c).

Date: 05/07/2026

By: e/s KENNETH N BENNETT _K Bennett_

Signature (*Pro Se* Party or Attorney for Filer)

THIS NOTICE, WHEN TIMELY FILED AND SERVED ON ALL ADVERSE PARTIES, SHALL BE SUFFICIENT TO RESTORE THE CASE TO THE TRIAL CALENDAR.

Makes checks or money orders payable to: TREASURER, STATE OF NEW JERSEY
*Pro se* litigants must use certified check or money order.

Kenneth N Bennett
32 N Florida Avenue, Apt 6
Atlantic City, NJ, 08401
609- 227-0211
kenneth.bennett86@yahoo,com

To:
Superior Court of New Jersey
Hon. Judge Danielle Walcoff
1201 Bacharach Boulevard
Atlantic City, NJ, 08401

To Arbitrators:
Ruth Deane          ruth@esq2nj.com
Richard Calicci     grifcar@verizon.net

To Court Service Officer:
Jessica Normil          jessica.normil@njcourts.gov

Defendant Luis Irizarry Attorney Fox Rotschild, LLP::
Christopher Oakley      coakley@fxrotschild.com

**Plaintiff's Rejections of the Arbitration Trial"Report and Award dated and entered 5/7/2026 and Notice Trial de Novo case Bennett v Irizarry; Case Docket No. ATL-L-301-25 (302-25)**

Plaintiff herewith **rejects** Arbitrator's findings in Report and Award as well as he is requesting before an independent neutral court a Trial de Novo.

For  the Fact that there was an Counter Suit/Claim with this Suit, the undersigned and Plaintiff uses this Notice for Rejection, and Requesting Trial de Novo as a

### NOTICE FOR REMOVAL;

Wherefore Plaintiff Kenneth N Bennett removes this action from Superior Court of New Jersey to United States District Court for the District of New Jersey Camden Division on 5/7/2026.

The individuals, entities gov agencies, and courts were all served with this Notices.

Respectfully Submitted
Dated: May 7, 2026

e/s  Kenneth N Bennett   (electronic signature)

Kenneth N Bennett
32 N Florida Avenue, Apt 6
Atlantic City NJ, 08401
609-227-0211
kenneth.bennett86@yahoo.com

## SUPERIOR COURT OF NEW JERSEY
# REPORT AND AWARD OF ARBITRATOR(S)

Arbitration Type (check one)     Book Account     ■ Commercial     ■ Lemon Law

KENNETH BENNETT
_____
PLAINTIFF

V.

LOUIS IRIZZARY
_____
DEFENDANT

**CIVIL ACTION**

COUNTY: ATLANTIC

DOCKET NO: L-000301-25 AND L-000302-25

DATE: 5/7/2026

The undersigned arbitrator(s) make(s) the following award(s) for the reasons set forth:

INSUFFICIENT PROOF OF CONTRACT TERMS/AGREEMENT BETWEEN PLAINTIFF AND DEFENDANT RELATING TO REPAIR OF CARS BY PLAINTIFF. NO EMPLOYMENT RELATIONSHIP DEMONSTRATED.   NO AWARD ON COMPLAINT.

NO EVIDENCE PRESENTED TO SUPPORT DEFENDANT'S COUNTER CLAIM FOR RENT. NO AWARD ON COUNTERCLAIM.

**Defense presented**    ☒ yes        ☐ no

| | PREVAILING PARTY | AMOUNT OF AWARD | RESPONSIBLE PARTY |
|---|---|---|---|
| DEF | | | |
| DEF | | | |
| DEF | | | |
| PL | | | |
| PL | | | |

**ARBITRATOR(S):** Please sign below

s/ _Richard Carlucci_     _[signature]_
Signature   RICHARD CARLUCCI              RUTH DEANE

Parties desiring to reject this award and obtain a trial *de novo* must file with the division manager a trial *de novo* request together with a $265 fee within thirty (30) days of today. Parties requesting a trial *de novo* may be subject to payment of counsel fees and costs as provided by R.4:21A-6(c). Note that unless otherwise expressly indicated, this award will be filed today. Counsel and pro se litigants acknowledge receipt of this award by signing below.

s/ _Kenneth Bennett_
Signature   KENNETH BENNETT, PLAINTIFF - PROSE

s/ _Christopher Oakley, Esq._
Signature   CHRISTOPHER OAKLEY,   FOR DEFENDANT

s/ _____
Signature

s/ _____
Signature

s/ _____
Signature

Revised 05/17/2022, CN 10978

PREPARED BY THE COURT

| | | |
|---|---|---|
| KENNETH BENNETT | : | SUPERIOR COURT OF NEW JERSEY |
| | : | LAW DIVISION |
| Plaintiff, | : | ATLANTIC COUNTY |
| | : | |
| vs. | : | Docket No. ATL-L-302-25 |
| | : | |
| LUIS IRIZARRY | : | Civil Action |
| | : | |
| Defendant. | : | ORDER FOR WAIVER OF FEES |
| | : | |
| | : | |

THIS MATTER being opened to the Court by KENNETH BENNETT, a party seeking a waiver of filing fees on the grounds of indigency; and the Court having reviewed the papers submitted in support of this application for a declaration of indigency and the waiver of filing fees pursuant to R. 1:13-2 or R. 2:7-1 and in conjunction with AOC Directive #03-17, and the Supplement to AOC Directive #03-17 dated March 21, 2018,

IT IS on this __27th__ day of __February__, 2025, ORDERED that the application is:

__X__ GRANTED: All fees related to the filing shall be waived. The applicant is responsible for any costs associated with the service and/or advertising/publishing of any complaint.  If applicant is awarded more than $2000 in this case, the applicant is responsible to repay any and all fees waived as determined by the court. This fee waiver only applies to this case and the duration of the fee waiver is one year from the date of disposition. If the fee waiver expires, a new application must be submitted. If an appeal is filed, the provisions of Rule 2:7-4 shall apply.

_____ DENIED:

_____ Failure to establish household income is below 150% of the federal poverty level and/or that applicant has no more than $2500 in liquid assets;

_____ Failure to produce most recent award statement of proof of eligibility for public assistance and/or social security disability;

_____ Failure to produce two (2) months of documentation for welfare, public assistance, unemployment, disability, social security, child support/alimony or other income; and/or failure to produce six (6) months of all bank account statements;

_____ The Court finds that the complaint, application, motion, appeal, petition or other filing is frivolous or malicious or constitutes an abuse of process.

IT IS FURTHER ORDERED that the applicant shall serve a copy of this Order on all parties within seven (7) days from the date of this Order.

_____
JOHN C. PORTO, P.J.Cv.

Revised: 04/12/2018

Kenneth N Bennett

32 N Florida Avenue, Apt6,

Atlantic City, NJ, 08401

609-227-0211

----------------------------------------------x  **Superior Court of New Jersey**

Kenneth N Bennett, Plaintiff,         Atlantic County/ Law Division

Vs.                                   Civil Action

Luis Irizarry, Defendant.             **ATL-L-302-25**   (301-25)

----------------------------------------------x

## CERTIFICATION IN SUPPORT OF TRIAL DE NOVO

I Kenneth N Bennett states the following to be true:

On the 7th of May 2026 an Arbitration Hearing was made by two Judges deciding regarding the matter explained as in their decision.

The Arbitration Trial was a non-serious Avenue to reveals wrongdoing by Defendant A. The Arbitrator didn't go into specific questions as to the proof for living there, having proof for business activities nor DMV records for vehicle actually sold and in the inventory of Dealership the Defendant his wife Cindy. Said records were sent to the Arbitration Court the night before.

I believe that the Court the Arbitration is a Show to have a Hearing done and to bury the Plaintiffs Statement and Supporting documentations also the Witnesses which in their Affidavit testified that the Plaintiff worked for the Dealership AC Auto Brokers LLC or Luis Irizarry which owns these corporations.

There were plenty docs and Statement there that would have overturn the NJDMV small records regarding the business practices.

The Defendant with the Dealership and others were importing over Stateline movable properties without being recorded or registered in any of these corporate entity This was a criminal enterprise which transferred vehicles and moved the Title from the last known seller to the buyer in New Jersey without being mentioning on any book nor Auction books in PA. They were sold tax free.

Respectfully Submitted

May 9, 20 *LG*         *K. Bennett*

Kenneth N Bennett

1

**Certificate of Mailing**

I Kenneth N Bennett mailed the foregoing Certification on May 9, 2026 by USPS regular mail to:

Fox Rothschild, LLP, 1301 Atlantic Avenue, Suite 400, Atlantic City, NJ, 08401

Respectfully Submitted

May 9, 20 26

Kenneth N Bennett

2

Kenneth N Bennett
32 N Florida Avenue, Apt6,
Atlantic City, NJ, 08401
609-227-0211

---------------------------------------------------x  **Superior Court of New Jersey**

Kenneth N Bennett, Plaintiff,          Atlantic County/ Law Division

Vs.                                              Civil Action

Luis Irizarry, Defendant.          **ATL-L-302-25**   (301-25)

---------------------------------------------------x

NOTICE OF REMOVAL

Please Take Notice that the undersigned Kenneth N Bennett Removes this Actions ATL-L-302-25 (301-25) Bennett vs Irizarry to:

**United States District Court for the District of New Jersey Camden Division**

Respectfully Submitted

May 9, 20 26

Kenneth N Bennett

**Certificate of Mailing**

I Kenneth N Bennett mailed the foregoing Removal on May 9, 2026 by USPS regular mail to:

Fox Rothschild, LLP, 1301 Atlantic Avenue, Suite 400, Atlantic City, NJ, 08401

Respectfully Submitted

May 9, 2026

Kenneth N Bennett